## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHELLE PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | NO. 3:05-0574 |
| | ) | JUDGE HAYNES |
| SCOTTY BOWEN, individually and as | ) | |
| CHIEF OF THE LEBANON POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Docket Entry No. 3) filed under Fed. R. Civ. P. 41(a)(1)(ii). The Court hereby **ADOPTS** the parties' joint stipulation of dismissal and this action is **DISMISSED** with prejudice. Each party shall bear their own costs in this action.

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 23rd day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge

ʋ